> **Motion DENIED.**
>
> This the ____ day of _____, 20___.
>
> /s/Louise W. Flanagan, U.S. District Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

FILED
AUG 14 2017
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ MC ____ DEP CLK

LEE ANTHONY BRAGGS,     *

      Defendant     *

       *   Case No. 7:07-cr-00042-FL

     v.     *

       *

UNITED STATES OF AMERICA,     *

       *

*****************************************

## MOTION TO AMEND CRIMINAL JUDGMENT

Comes now the Defendant, **Lee Anthony Braggs,** proceeding **pro se,** and request that this Honorable Court Amend page two of his Criminal Judgment.

In support thereof, Defendant states as follows:

(1) On or about May 5, 2008, this Court entered criminal judgment in the instant action and sentenced Defendant to a term of 254 months imprisonment on the offense charged as Count 1, Conspiracy to Distribute and Possess with the Intent to Distribute more than 5 Kilograms of Cocaine.

(2) In addition, this Court recommended to the Bureau of Prisons that Defendant participate in an **Intensive Drug/Alcohol Treatment.**